STATE OF MINNESOTA

IN SUPREME COURT

A15-0233



FILED

November 25, 2015

OFFICE OF
APPELLATE COURTS

Maria Bonilla,

        Relator,

vs.

Dakota Premium Foods and
ACE USA/ESIS,

        Respondents,

Center for Diagnostic Imaging,
Ingco International, Inc.,
Injured Workers Pharmacy,
Novacare Rehabilitation,
Summit Orthopedics, and
West Side Community Health Services,

        Intervenors.

_____

Vincent A. Petersen, Law Offices of Donald F. Noack, Mound, Minnesota, for relator.

Howard Y. Held, Lisa N. Truitt, Fitch, Johnson, Larson & Held, P.A., Minneapolis, Minnesota, for respondents.

_____

Considered and decided by the court without oral argument.

1

ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on January 6, 2015, be, and the same is, affirmed without opinion. *See Hoff v. Kempton*, 317 N.W.2d 361, 366 (Minn. 1982) (explaining that "[s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view," doing no more than establishing the law of the case).

Dated:  November 25, 2015                    BY THE COURT:


G. Barry Anderson
Associate Justice